IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:13cr25-4 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Brien Champion, | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 8, 2016 a Report and Recommendation (Doc. 620). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 625).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Champion's motion presents no new evidence and does not show the Court committed any error of law in adopting the Report and Recommendation. As the Report notes, the claims of lack of understanding in the §2255 motion which are repeated in the motion to alter the judgment are completely at odds with what Champion swore to before the Court in the plea colloquy hearing.

Therefore, Champion's motion to alter the judgment ( Doc. 618) is without merit and is DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court